

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2015

No. 04-13-00897-CV

Lynn Noble **HAWTHORNE** a/k/a Lynn Hawthorne,
Appellant

v.

Jack **GUENTHER**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion to Extend Time to File Motion for Rehearing and Motion for En Banc Reconsideration is GRANTED. The deadline is extended to March 6, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court